# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONEALE LAMONE FEAZELL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 80473

**FILED**

FEB 1 8 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction and an order revoking probation and amended judgment of conviction. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on October 25, 1994, and the order revoking probation and amended judgment of conviction on March 18, 2009. Appellant did not file the notice of appeal, however, until January 17, 2020, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

20-06478

cc: Chief Judge, Eighth Judicial District Court
Hon. Elizabeth Goff Gonzalez, District Judge
Doneale Lamone Feazell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2